DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
LUCIA LI, State Bar #309355
OLIVER J. FONG, State Bar #349974
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4206 [Li]
Telephone: (415) 554-3906 [Fong]
Facsimile: (415) 554-3837
E-Mail: lucia.li@sfcityatty.org
oliver.fong@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SALAR NADERI AND MARC JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SALAR NADERI, MARC JIMENEZ, AND CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. 24-cv-01087 TSH<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS; STIPULATION AND ORDER **AS MODIFIED BY THE COURT** VACATING CASE DEADLINES AND TRIAL DATE**<br>Trial Date: June 7, 2027 |

TO THE COURT AND ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that the parties, Plaintiff STEPHEN VALDEZ ("Plaintiff"), by and through their attorneys of record, Rachel Ofori, Safina Motiwala, and Chardaie Charlemagne of Baker & Hostetler LLP, and Defendants CITY AND COUNTY OF SAN FRANCISCO, MARC JIMENEZ, and SALAR NADERI ("Defendants"), by and through their attorneys of record, Deputy City Attorneys Lucia Li and Oliver Fong (collectively, with Plaintiff, the "Parties"), have reached an agreement on the terms of the settlement of this action, memorialized in a signed stipulation, subject to any necessary approval by the San Francisco Police Department, Police Commission ("Commission"), the Board of Supervisors of the City and County of San Francisco (the "Board"), and the Mayor. Defendants' counsel—the San Francisco City Attorney's Office—will present the proposed settlement for approval to the Commission and to the Board at the next available meetings (if necessary). The City Attorney's Office will recommend that the Commission and the Board approve the proposed settlement.

**STIPULATION**

On or about July 19, 2026, the Parties reached agreement on the terms for settlement of this action, subject to the approvals described above;

The Parties have reached an agreement in principal and are finalizing the terms of the settlement and awaiting final approval from the Commission and the Board.

Settlement Conference is scheduled for August 10, 2026;

Jury trial is scheduled for June 7, 2027 with upcoming discovery, motion, and pretrial deadlines pursuant to the Case Management Order (Dkt No. 74);

The Parties require additional time to complete settlement and fulfill the terms of settlement;

The Parties agree that in light of the settlement, there is good cause to toll discovery and vacate all upcoming deadlines and court appearances, including: the case schedule and associated deadlines (including discovery, motion, and pretrial deadlines) established by the Case Management Order (Dkt No. 74), the August 10 Settlement Conference, and Jury Trial;

The Parties jointly request the Court to toll discovery and vacate all case deadlines and appearances, including the Settlement Conference, Jury Trial, or any other deadlines; and

The Parties defer to the Court's schedule for a status conference, as needed, after November 2026, if no Notice of Dismissal is filed earlier.

IT IS SO STIPULATED.

Dated: July 20, 2026

DAVID CHIU
City Attorney
JENNIFER C. CHOI
Chief Trial Deputy
LUCIA LI
OLIVER FONG
Deputy City Attorneys

By: *\/s/ Lucia Li*
LUCIA LI
OLIVER FONG

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SALAR NADERI, AND MARC JIMENEZ

Dated: July 20, 2026

By: **/s/ Rachel Ofori*
RACHEL OFORI

Attorneys for Plaintiff
STEPHEN VALDEZ

**Pursuant to L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

**ORDER** **AS MODIFIED**

IT IS HEREBY ORDERED that the case schedule, settlement conference, and trial date and all case deadlines in the instant action are vacated. Notice of Dismissal or Joint Status Report due by December 4, 2026

IT IS SO ORDERED.

DATE: July 20, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge